Laura Marquez-Garrett, SBN 221542
laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
1390 Market St, Suite 200
San Francisco, CA 94102
Ph: 206-294-1348

Hannah Meropol, SBN 340095
hannah@cagoldberglaw.com
C. A. GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11201
Ph: 646-666-8908

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEAN NASCA, *individually and as successor-in-interest to* CHASE NASCA, Deceased, and MICHELLE NASCA, *individually*,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE, INC.; and TIKTOK, INC.,<br><br>Defendants. | CIVIL NO.   4:22-cv-06134-YGR<br>Related to 4:22-md-03047-YGR<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE AND COSTS |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs DEAN NASCA, *individually and as successor-in-interest to* CHASE NASCA, Deceased, and MICHELLE NASCA ("Plaintiffs") and Defendants BYTEDANCE, INC. and TIKTOK, INC. ("Defendants"), by and through their undersigned counsel, stipulate to dismiss Plaintiffs' action without prejudice. Each party to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: March 6, 2023. | SOCIAL MEDIA VICTIMS LAW CENTER |
| 2 | | By:*/s/ Laura Marquez Garrett* |
| | | Laura Marquez-Garrett |
| 3 | | |
| 4 | | Laura Marquez-Garrett, SBN 221542 |
| | | laura@socialmediavictims.org |
| 5 | | Matthew P. Bergman |
| | | matt@socialmediavictims.org |
| 6 | | Glenn S. Draper |
| 7 | | glenn@socialmediavictims.org |
| | | SOCIAL MEDIA VICTIMS LAW CENTER PLLC |
| 8 | | 1390 Market Street, Suite 200 |
| | | San Francisco, California 94102 |
| 9 | | Telephone: 206-741-4862 |
| 10 | | |
| | | Hannah Meropol, SBN 340095 |
| 11 | | hannah@cagolberglaw.com |
| | | Carrie Goldberg |
| 12 | | carrie@cagoldberglaw.com |
| | | Naomi Leeds |
| 13 | | naomi@cagoldberglaw.com |
| 14 | | C.A. GOLDBERG, PLLC |
| | | 16 Court St |
| 15 | | Brooklyn, NY 11241 |
| | | Ph: 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 |
| 16 | | |
| 17 | | *Attorney for Plaintiffs* |
| 18 | Dated: March 6, 2023. | KING & SPALDING LLP |
| 19 | | |
| | | By:*/s/ Geoffrey M. Drake* |
| 20 | | Geoffrey M. Drake |
| | | 1180 Peachtree Street, NE, Suite 1600 |
| 21 | | Atlanta, GA 30309 |
| 22 | | Telephone: + 1 (404) 572-4600 |
| | | Facsimile: + 1 (404) 572-5100 |
| 23 | | Email: gdrake@kslaw.com |
| 24 | | *Attorneys for Defendants TikTok Inc. and* |
| | | *ByteDance Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE AND COSTS

| | |
|---|---|
| Dated: March 6, 2023. | FAEGRE DRINKER BIDDLE & REATH LLP |
| | By: */s/ Andrea Roberts Pierson*<br>    Andrea Roberts Pierson<br>    300 N. Meridian Street, Suite 2500<br>    Indianapolis, IN 46204<br>    Telephone: + 1 (317) 237-0300<br>    Facsimile: + 1 (317) 237-1000<br>    Email: andrea.pierson@faegredrinker.com |
| | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

DATED: March 8, 2023

[signature]
HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

### SIGNATURE CERTIFICATION

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

| | |
|---|---|
| Dated: March 6, 2023. | SOCIAL MEDIA VICTIMS LAW CENTER |
| | By:*/s/ Laura Marquez-Garrett*<br>    Laura Marquez-Garrett |
| | Laura Marquez-Garrett, SBN 221542<br>laura@socialmediavictims.org<br>Matthew P. Bergman<br>matt@socialmediavictims.org<br>Glenn S. Draper<br>glenn@socialmediavictims.org<br>SOCIAL MEDIA VICTIMS LAW CENTER PLLC<br>1390 Market Street, Suite 200<br>San Francisco, California 94102<br>Telephone: 206-741-4862 |
| | *Attorney for Plaintiffs* |